NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001026
23-AUG-2016
10:18 AM

CAAP-12-0001026


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ZEPHYR INSURANCE COMPANY, INC.,
Appellant-Appellee/Cross-Appellant,
v.
INSURANCE COMMISSIONER; and
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
OF THE STATE OF HAWAIʻI, INSURANCE DIVISION,
Appellees-Appellants/Cross-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CV NO. 10-1-2078)


ORDER APPROVING THE AUGUST 15, 2016
"STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE"
(By: Nakamura, C.J., Fujise and Leonard, JJ.)


Upon consideration of the "Stipulation for Dismissal of Appeal with Prejudice" (Stipulation) filed on August 15, 2016, by Appellant-Appellee/Cross-Appellant Zephyr Insurance Company, Inc. and the record,

IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees and costs.

DATED: Honolulu, Hawai'i, August 23, 2016.

Chief Judge

Associate Judge

Associate Judge

2